UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PEDRO REAUD,<br><br>        Plaintiff,<br><br>  v.<br><br>FACEBOOK INC.,<br><br>        Defendant. | Case No.23-cv-06329-AMO<br><br>**JUDGMENT** |

On September 9, 2024, the Court granted Defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 9, 2024

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**